UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN WARREN, et al.,

                Plaintiffs,

-against-

ROBERT COX, et al.,

                Defendants.

25-CV-6384 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that, in light of Defendants' non-appearance in this matter and the Clerk's Certificate of Default (ECF No. 20), the conference previously scheduled for November 5, 2025, at 3:00 p.m., is CANCELED.

Dated: October 28, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge