UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN WARREN, et al.,

                       Plaintiffs,

         -against-

ROBERT COX, et al.,

                       Defendants.

25-CV-6384 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On November 21, 2025, the Court filed an Order directing, in part, Defendant Robert Cox to file a motion to vacate entry of default by December 12, 2025. ECF No. 24. That deadline has now passed. However, Defendant Cox's address is not listed on the docket. There is therefore no indication that he received the Court's prior Order.

      Accordingly, the Court *sua sponte* extends Defendant Cox's deadline to file a motion to vacate the entry of default to **January 20, 2026.** The Clerk of Court is respectfully directed to update Defendant Cox's address on the docket, as below, and mail both this Order and the Court's prior Order (ECF No. 24) to:

      Emmet House Apt. 1
      Clyde Road (no street number)
      Dublin 4 | D04 PD65
      Ireland

      *See* ECF No. 22. The Court will also email this Order and its prior Order to Defendant Cox at robertcox@talkofthesound.com. The Court will copy all counsel on its email.

Dated: December 15, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge